# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 5, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 09 2015

CHRISTOPHER A. PRINE

CLERK

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX 77002-2066

Re: Eugenia Woodard
v. Fortress Insurance Company, et al.
No. 15-5246
(Your No. 01-14-00792-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk